UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case no.: 18-29685 |
| | Chapter: 7 |
| William Lane | Judge: Meisel |
| Debtor(s) | |

**CERTIFICATION OF NO OBJECTION**

I Diana L. Reaves, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
1942 Ostwood Ter, Union, NJ

JEANNE A. NAUGHTON, Clerk

Date: Novemeber 28, 2018

By: /S/ Diana L. Reaves

*rev.2/10/17*