UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for HSBC
Bank USA, National Association, as Indenture Trustee
of the FBR Securitization Trust 2005-2 Callable
Mortgage-Backed Notes, Series 2005-2

In Re:
          Lane, William

**Order Filed on December 17, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No:     18-29685 SLM

Hearing Date: December 12, 2018 at 10:00 A.M.

Judge:  Stacey L. Meisel

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

          Upon the motion of Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Indenture Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

          ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■  Real Property More Fully Described as:

   **Land and premises commonly known as 1942 Ostwood Terrace, Union NJ 07083**

☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

DATED: December 17, 2018

_Stacey L. Meisel_

Honorable Stacey L. Meisel
United States Bankruptcy Judge

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29685-SLM
William Lane                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Dec 19, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db                  William Lane,    1942 Ostwood Ter,    Union, NJ  07083-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Indenture
          Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          J. Todd Murphy    on behalf of Debtor William  Lane tmurphy@toddmurphylaw.com,
          tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com,  isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association, as Indenture
          Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 5