| | |
|---|---|
| UNTIED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM ROWE SMITH & DAVIS LLP<br>75 LIVINGSTON AVE.<br>ROSELAND, NJ 07068<br>(973) 535-1600<br>Attorneys for Nancy Isaacson, Chapter 7 Trustee | Case No.: 18-29685-SLM<br><br>Chapter: 7 |
| In Re:<br><br>LANE, WILLIAM<br><br>Debtor | Adv. No..: ____________<br><br>Hearing Date: ____________<br><br>Judge: SLM |

**CERTIFICATION OF SERVICE**

1. I, Tricia E. Bannister:

   ❑ represent ________________________________ in this matter.

   **X** am the secretary/paralegal for Nancy Isaacson, who represents Chapter 7 Trustee in this matter.

   ❑ am the __________________________ in this case and am representing myself.

2. On March 1, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Verified Application to Approve Employment of Greenbaum, Rowe, Smith & Davis, LLP as Attorneys for the Chapter 7 Trustee; Certification of Proposed Attorneys; Statement as to Why no Brief is Necessary; proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 1, 2019 /s/ Tricia E. Bannister
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Office of the U.S. Trustee | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| William Lane<br>1942 Ostwood Ter<br>Union, NJ 07083 | Debtor | ❑ Hand-delivered<br>**X** Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| Todd Murphy, Esquire<br>Todd Murphy Law<br>90 Washington<br>Bedminster, NJ 07921 | Debtor Attorney | ❑ Hand-delivered<br>**X** Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| HSBC Bank USA<br>c/o Rebecca A. Solarz<br>KML Law Group P.C.<br>216 Haddon Ave, Suite 406<br>Westmont, NJ 08108 | Creditor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>X Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |