**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−29685−SLM | **DATE FILED::** 10/2/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>William Lane<br>xxx−xx−4466 | ADDRESS OF DEBTOR(S):<br><br>1942 Ostwood Ter<br>Union, NJ 07083−4506 |
| DEBTOR'S ATTORNEY:<br>J. Todd Murphy<br>Todd Murphy Law<br>90 Washington Valley Rd.<br>Bedminster, NJ 07921<br><br>862 217−2360 | TRUSTEE:<br>Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068−3701<br>(973) 535−1600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/30/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 1, 2019                                   FOR THE COURT
                                                       Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29685-SLM
William Lane                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: noa             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db              William Lane,    1942 Ostwood Ter,    Union, NJ  07083-4506
517793000      +Central Credit Services LLC,    9550 Regency Square Blvd Ste 500A,    Jacksonville, FL 32225-8169
517793009       Radius Global Solution,    50 W Skippack Pike,    Ambler, PA  19002-5151
517793010     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ  08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2019 00:32:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2019 00:32:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Mar 02 2019 05:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517792996       EDI: PHINAMERI.COM Mar 02 2019 05:08:00      Americredit/GM Financial,    PO Box 183583,
                 Arlington, TX  76096-3583
517792998       E-mail/Text: bankruptcynotices@cbecompanies.com Mar 02 2019 00:32:26      CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA  50613-6976
517792997       EDI: CAPITALONE.COM Mar 02 2019 05:08:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
517793001       EDI: PHINAMERI.COM Mar 02 2019 05:08:00      Gm Financial,    PO Box 181145,
                 Arlington, TX  76096-1145
517793002       EDI: IRS.COM Mar 02 2019 05:08:00      IRS,    955 S Springfield Ave Bldg A,
                 Springfield, NJ  07081-3570
517793004       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 02 2019 00:33:07
                 JH Portfolio Debt Equities LLC,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
517793003       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 02 2019 00:33:07
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
517793005       EDI: MID8.COM Mar 02 2019 05:08:00      Midland Funding,    PO Box 939069,
                 San Diego, CA  92193-9069
517793007       EDI: MID8.COM Mar 02 2019 05:08:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA  92108-2709
517793006       EDI: MID8.COM Mar 02 2019 05:08:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA  92108-2709
517793008       E-mail/Text: bnc@nordstrom.com Mar 02 2019 00:31:30      Nordstrom,    PO Box 6555,
                 Englewood, CO  80155-6555
517794193      +EDI: RMSC.COM Mar 02 2019 05:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517793011       EDI: WTRRNBANK.COM Mar 02 2019 05:08:00      Td Bank USA/Targetcred,    PO Box 673,
                 Minneapolis, MN  55440-0673
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517792999     ##Cbe Group,    131 Tower Park Dr Ste 100,    Waterloo, IA  50701-9374
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: noa             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              J. Todd Murphy    on behalf of Debtor William   Lane tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              Nancy  Isaacson    nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```