UNITED STATES BANKRUPTCY COURT
DISTRIBUTE OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NACY ISAACSON, ESQ. (NI/1325)
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue
Roseland, NJ  07068-3701
(973) 535-1600
Attorneys for Nancy Isaacson, Chapter 7 Trustee

Order Filed on April 16, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

LANE, WILLIAM

                   Debtor.

Case No.: 18-29685

Chapter: 7

Judge: SLM

**ORDER AUTHORIZING RETENTION OF**

Robert D. Kuttner

The relief set forth on the following page is **ORDERED**.

**DATED: April 16, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Robert D. Kuttner_____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Kuttner Law Offices
   
   2168 Millburn Avenue, Suite 205
   
   Maplewood, NJ 07040

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
William Lane  
      Debtor

Case No. 18-29685-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2019  
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.  
db          William Lane,    1942 Ostwood Ter,    Union, NJ    07083-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          J. Todd Murphy    on behalf of Debtor William  Lane tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com  
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com  
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture Trustee of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 5