**NANCY ISAACSON, CHAPTER 7 TRUSTEE**
Greenbaum Rowe Smith & Davis, LLP
75 Livingston Ave.
Roseland, NJ 07068
(973) 535-1600
nisaacson@greenbaumlaw.com

August 22, 2023

Jeanne A. Naughton, Clerk
United States Bankruptcy Court
Martin Luther King, Jr.
Federal Building
50 Walnut Street
Newark, NJ 07102

**Re: WILLIAM LANE**
**Case Number: 18-29685**

Dear Ms. Naughton:

In response to the Court's memo to trustee requesting a Trustee Report, please be advised that I am in the process of collecting funds. I estimate that I will be able to close this case by December 31, 2023.

Very truly yours,

*/s/Nancy Isaacson*
NANCY ISAACSON

NI/teb